IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RHONDA A. MULLIGAN,

        Plaintiff,                      Civil Case No. 3:11-CV-01113-JE

        v.                            ORDER AWARDING FEES
                                            PURSUANT TO THE EQUAL
COMMISSIONER,                      ACCESS TO JUSTICE ACT
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

      Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $8,500 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  No costs or expenses are awarded.

      It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address:  Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

      IT IS SO ORDERED this  6th   day of June, 2013.


                                                   /s/ John Jelderks
                                             United States Magistrate Judge

ORDER